## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 8th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*Delta BCX Printing*
Attn:   President/CEO
4032 North 28th Avenue
Hollywood, FL 33020

                                                                              _____
                                                                              Mary E. Augustine (No. 4477)

619601v1